UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINE LILAVOIS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.<br><br>Defendant. | Case No. 2:17-cv-06881-JFB-AYS<br><br>**STIPULATION OF DISMISSAL**<br><br>F I L E D<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ JUN 20 2018 ★<br><br>LONG ISLAND OFFICE |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, Southwest Credit Systems, L.P., shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
        June 18, 2018

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel:(929) 575-4175
Joseph@jmizrahilaw.com
*Attorney for Plaintiff*

By: /s/ Brendan H. Little
Brendan H. Little, Esq.
Lippes Mathias Wexler Friedman LLP
415 Madison Avenue, 14th Floor
New York, New York 10017
Tel: (646) 673-8633
Blittle@lippes.com
*Attorney for Defendant*

SO ORDERED
/s/ Joseph Bianco
Joseph F. Bianco
USDJ
Date: June 20, 2018
Central Islip, N.Y.

The clerk of the Court shall close the case.